### WHITE *v.* CITY OF TIFTON.

FISH, C. J.  The general rule is that a court of equity has no jurisdiction to enjoin the institution of prosecutions for criminal offenses; and this rule is applicable to prosecutions for violations of municipal ordinances, which are quasi-criminal proceedings.  Nor will a court of equity, upon a petition for an injunction of such a nature, inquire into the validity or reasonableness of an ordinance making penal an act for the doing of which prosecutions are threatened.  *Paulk* v. *Sycamore,* 104 *Ga.* 24; *Georgia Railway & Electric Co.* v. *Oakland City,* ante, 576.
                              *Judgment affirmed. All the Justices concur.*

Submitted October 14,—Decided November 16, 1907.

Petition for injunction.  Before Judge Mitchell.  Tift superior court.  September 7, 1907.

*Fulwood & Murray,* for plaintiff.

*W. J. Wallace,* for defendant.